UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JUAN SANDOVAL, M.D.,

                    Plaintiff,

                                              JUDGMENT
                                              17-CV-3532 (DLI)(RLM)

       -against-

DEPARTMENT OF HEALTH AND HUMAN
SERVICES,

                  Defendant.
------------------------------------------------------------ X

      A Memorandum and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on September 30, 2018, granting Defendant's motion to dismiss the Complaint; and dismissing this action with prejudice; it is

      ORDERED and ADJUDGED that Defendant's motion to dismiss the Complaint is granted; and that this action is dismissed with prejudice.

Dated: Brooklyn, NY                                                               Douglas C. Palmer
September 30, 2018                                                   Clerk of Court

                                                                                 By:    /s/*Jalitza Poveda*
                                                                                          Deputy Clerk